Appellant's judgment of sentence is affirmed.[16]

Former Justice ORIE MELVIN did not participate in the decision of this case.

Chief Justice CASTILLE and Justices SAYLOR, EAKIN, BAER and TODD join the opinion.

**Roger BUEHL, Appellant**

v.

**Jeffery A. BEARD, Secretary, Pennsylvania Department of Corrections, Paul K. Smeal, Superintendent, State Correctional Institution at Smithfield and Pennsylvania Department of Corrections, Appellees.**

Supreme Court of Pennsylvania.

April 28, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of April, 2014, the order of the Commonwealth Court is hereby **AFFIRMED.**